## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Case Number: | 9IL 2015 CV 9047 | **ATTORNEY** |
| CIS No: | 15-J075 | Paul J. Richards |
| Plaintiff: | WM Capital Management, Inc. as Successor in Interest to the Federal Deposit Insurance Corporation for Edgebrook Bank | 111 N. Ottawa Street<br>Joliet, IL 60432<br>815-727-4511 |
| Defendant: | Dzoko Stojanov, Ivan Tufekciev and Unknown Owners and Non-Record Claimants | |
| Process Type: | Summons & Complaint to Foreclose Mortgage | |
| Expiration Date: | 11-15-15 | |
| Service Status: | ☒ Standard ☐ Priority | |

| DATE | TIME | MILEAGE |
|---|---|---|
| 10/26/15 | 5:00 pm | 12 |
| 10/29/15 | 12:35 | 12 |

**RESPONDENT TO BE SERVE (1 of 1)**
Dzoko Stojanov
7915 Linder Avenue
Morton Grove, IL 60053

## AFFIDAVIT OF SERVICE

I, the undersigned affiliated with Complete Investigative Services, depose that I am above the age of eighteen, not a party to this action and do hereby certify that I have served the Respondent by:

_____ INDIVIDUAL SERVICE by delivering to the within named respondent a copy of the process personally.

__✓__ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that I further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on __10/30/15__.

_____ CORPORATE, COMPANY, BUSINESS OR GOVERNMENT SERVICE by leaving a copy of this process with a person authorized to accept service and informed that person of the contents thereof.

_____ OTHER SERVICE: (_____) Mail (_____) Posting

_____ NON-SERVICE: (Comments) _____

Person to be served: Dzoko Stojanov
Serving address: 7915 Linder Ave., Morton Grove, IL
Process served on: Katrina Stojanov
This __29__ day of __October__, 20 __15__  Relationship: __mother__
Sex __F__ (M/F) Race __W__ Age __60__  Time: __12:35__ AM/**PM**

SERVED BY: ......Daniel Junglas........................PROCESS SERVER
STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER: 117-001298
LICENSE NUMBER / PERC NUMBER / DEPARTMENT I.D. NUMBER       CIS 005

Subscribed and sworn before me on this __29__ day of __October__, 20 __15__

_Delbert L Bergeson_

"OFFICIAL SEAL"
Delbert L Bergeson
Notary Public, State of Illinois
My Commission Expires 5/23/2017

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WM Capital Management, Inc. as Successor in Interest to the Federal Deposit Insurance Corporation, as Receiver for Edgebrook Bank,
    Plaintiff

CASE NUMBER: 15-cv-9047

V.

ASSIGNED JUDGE: Thomas Durkins

Dzoko Stojanov, Ivan Tufekciev, and Unknown Owners and Non-Record Claimants,
    Defendants.

DESIGNATED MAGISTRATE JUDGE: Susan Cox

TO: (Name and address of Defendant)

Dzoko Stojanov
7915 Linder Avenue
Morton Grove, IL 60053

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul J. Richards
Kavanagh Grumley & Gorbold LLC
111 N. Ottawa Street
Joliet, IL 60432

an answer to the complaint which is herewith served upon you,    21    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



October 15, 2015

DATE