ClientCaseID: RICHARD,PAUL
Law Firm ID: KAVANAGH



CaseReturnDate: 5/15/16

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **15CV9047**

I, WILLIAM CARLSON

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.I

## NON-SERVICE

DEFENDANT NAME IVAN S. TUFEKCIEV

I HAVE ATTEMPTED TO SERVE  ALIAS SUMMONS & COMPLAINT

AT THE LOCATION  5757 N. SHERIDAN ROAD APT 7F        CHICAGO, IL, 60660
BEING A  CONDOMINIUM

ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

Attempts were made at the following dates and times: 4/18/2016 6:29 PM, 4/20/2016 8:04 AM, 4/21/2016 6:37 PM
04/18/16 6:29 PM- No contact was made after repeated knocking.
04/20/16 8:04 AM- No contact was made after repeated knocking at the unit door. The building doorman related that he sees the defendant regularly each day, but he had not yet seen the defendant leave for the day. A possible phone number, obtained on a skiptrace, was called. When I spoke with the male subject who picked up the phone, he responded to Ivan. Then after I explained that I was a process server with legal documents, the subject then related that I had the wrong number and hung up.
04/21/16 6:37 PM- I was denied access into building via security guard Carl Dobins.
04/23/16 11:05 AM- Once again, no contact was made after repeated knocking at unit door.

No contact. Unable to serve. This is a confirmed good address for the defendant, as verified by a doorman here. According to the Cook County Treasurer's Office, Ivan Tufekciev is the listed taxpayer for this address and the maling information is sent to this address well. A skiptrace also shows this address as being a most current address for the defendant at this time. When a possible phone number for the defendant was called, the male subject who answered, responed to the name Ivan, but then claimed an incorrect number was called after learning that a process server was calling about legal documents. Also note that on the attempt on 04/21/16 at 6:37 PM, doorman Carl Dobins denied access to attempt service. It is believed that the defendant is aware the nature of the documents and is possibly avoiding the service of process. Please request an alternative means of service.

Date Of Last Attempt   4/23/16         Time   11:05 AM

WILLIAM CARLSON                                        5/3/2016
**Special Process Server**
DETECTIVE LICENSE#115-002378

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

WILLIAM CARLSON                                        5/3/2016

**Total:** $55.00

EXHIBIT A