UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WM CAPITAL MANAGEMENT, INC. AS SUCCESOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK,<br><br>Plaintiff,<br><br>vs.<br><br>DZOKO STOJANOV AND IVAN TUFEKCIEV, AND UNKNOWN OWNERS AND NON-REORD CLAIMANTS,<br><br>Defendant. | Case No. 15-cv-9047 |

**PLAINTIFF'S MOTION FOR ENTRY OF AN IN PERSONAM DEFICIENCY JUDGMENT AGAINST DEFENDANT, DZOKO STOJANOV**

Now comes the Plaintiff, WM CAPITAL MANAGEMENT, INC. AS SUCCESOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK, by and through its attorneys, KAVANAGH GRUMLEY & GORBOLD LLC, and moves this Court for entry of an In Personam Judgment against the Defendant, DZOKO STOJANOV ("Defendant"), and in support thereof states as follows:

1. This Court entered a Judgment of Foreclosure and Sale on January 25, 2016 for the subject property located at 833 Commonwealth, Waukegon, Illinois.

2. Pursuant thereto, a Sheriff's Sale was conducted on July 26, 2016.

3. On September 30, 2016, this Court entered an order confirming the sale.

4. As of the Sheriff's Sale date, the fair market value of the subject property was less than the debt owed by Defendant to Plaintiff, based upon the Sheriff's Sale

amount of $49,000.00.  As set forth in the attached Affidavit of Evan Waller, the total amount due Plaintiff in this matter is $133,249.85.

5. Plaintiff is entitled to a Deficiency Judgment against the Defendant, equal to the difference between the fair market value of the real estate as of the Sheriff's Sale date, $49,000.00, and the full amount of the debt owed to the Plaintiff.

6. All conditions precedent to the Plaintiff's right to pursue a Deficiency Judgment against the Defendant have occurred.

WHEREFORE, the Plaintiff, WM CAPITAL MANAGEMENT, INC. AS SUCCESOR IN INTEREST TO THE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR EDGEBROOK BANK, demands the entry of a Deficiency Judgment against the Defendant, DZOKO STOJANOV, in the amount of $84,249.85, which judgment shall include court costs and attorney's fees incurred by Plaintiff to obtain the Deficiency Judgment and for such other relief as the Court deems just.

KAVANAGH GRUMLEY & GORBOLD LLC

By: __/s/ Jeffrey M. Archambeault__
One of the Attorneys for Plaintiff

JEFFREY M. ARCHAMBEAULT, ARDC #6294837
Kavanagh Grumley & Gorbold LLC
111 North Ottawa Street
Joliet, Illinois  60432
(815) 727-4511
jarchambeault@kggllc.com